749 F.2d 281
 Mack F. BURNS, Plaintiff-Appellant,
United States Fidelity & Guaranty Co., Intervenor-Appellant,
v.
E.I. DuPONT De NEMOURS AND COMPANY, Defendant-Appellee.
Willie HARRIS, Plaintiff-Appellant,
v.
E.I. DuPONT De NEMOURS AND COMPANY, et al., Defendants-Appellees.
 Nos. 84-3538, 84-3570
 
 Summary Calendar.
 United States Court of Appeals,
Fifth Circuit.
 Jan. 2, 1985.
 Tullos, Tullos & Tullos, Eugene C. Tullos, Raleigh, Miss., George & George, Ltd., Vincent J. DeSalvo, Baton Rouge, La., for Burns.
 Donovan & Lawler, James L. Donovan, Metairie, La., for U.S. Fidelity & Guaranty Co.
 Arthur Cobb, Ltd., Arthur Cobb, Baton Rouge, La., for Harris.
 Chaffe, McCall, Phillips, Toler & Sarpy, Harry McCall, Jr., L. Havard Scott, III, New Orleans, La., for defendants-appellees.
 Appeals from the United States District Court for the Eastern District of Louisiana; Charles Schwartz, Jr., Judge.
 Before WILLIAMS, JOLLY and HILL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed on the basis of the district court's opinion. See 600 F.Supp. 20 (E.D.La.1984).
 
 
 2
 AFFIRMED.